FILED
CLERK. U.S. DISTRICT COURT

FEB 11 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ARTHUR L. WILLIAMS, JR.,            )   NO. ED CV 07-1040-SVW(E)
                                         )
12                   Plaintiff,          )
                                         )   **ORDER ADOPTING FINDINGS,**
13        v.                             )
                                         )   **CONCLUSIONS AND RECOMMENDATIONS**
14   MICHAEL J. ASTRUE, COMMISSIONER     )
     OF SOCIAL SECURITY ADMINISTRATION,  )   **OF UNITED STATES MAGISTRATE JUDGE**
15                                       )
                                         )
16                   Defendant.          )
                                         )
17   _____)

18        Pursuant to 28 U.S.C. section 636(b)(1)(B), the Court has

19   reviewed the pleadings and other papers herein along with the

20   attached Report and Recommendation of United States Magistrate Judge.

21

22        IT IS ORDERED that: (1) the Report and Recommendation is

23   approved and adopted as the Findings of Fact and Conclusions of Law

24   herein; (2) Plaintiff's and Defendant's Motions for Summary Judgment

25   are denied; and (3) the matter is remanded to the Commissioner of

26   Social Security Administration for further administrative action.

27   ///

28   ///

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a

2    copy of this Order, the Magistrate Judge's Report and Recommendation

3    and the Judgment by United States mail on the Plaintiff, counsel for

4    Plaintiff and on the United States Attorney for the Central District

5    of California.

6

7    DATED:   February 10         , 2008.

8

9

10                        STEPHEN V. WILSON
                          UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28