FILED
CLERK, U.S. DISTRICT COURT

FEB 11 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR L. WILLIAMS, JR., | ) | NO. ED CV 07-1040-SVW(E) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that Plaintiff's and Defendant's Motions for Summary Judgment are denied and the matter is remanded to the Commissioner of Social Security for further administrative action.

DATED: _February 10_, 2008.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE